United States Courts
Southern District of Texas
FILED

*March 18, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ISAAC BABALOLA**, <br><br> Defendant. | Case No. **4:26-cr-143** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, LUCKY FOOD STORE and AUTO ZONE, are both commercial businesses engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

## COUNT ONE

Title 18, United States Code, Section 1951(a) - Interference with Commerce by Robbery

On or about August 8, 2025, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of LUCKY FOOD STORE located at 2716 Westerland, Houston, Texas, which was in the possession and custody of an

Page **1** of **4**

employee of LUCKY FOOD STORE, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

Title 18, United States Code, Section 924(c)(1)(A) -
Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 8, 2025, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

Title 18, United States Code, Section 1951(a) - Interference with Commerce by Robbery

On or about December 13, 2025, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of LUCKY FOOD STORE located at 2716 Westerland, Houston, Texas, which was in the possession and custody of an

employee of LUCKY FOOD STORE, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

Title 18, United States Code, Section 924(c)(1)(A) -
Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about December 13, 2025, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

Title 18, United States Code, Section 1951(a) - Interference with Commerce by Robbery

On or about January 12, 2026, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of AUTO ZONE located at 12602 Bissonnet, Houston, Texas, which was in the possession and custody of an employee of

AUTO ZONE, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Section 1951(a).

### COUNT SIX

Title 18, United States Code, Section 924(c)(1)(A) -
Discharge of a Firearm During and in Relation to a Crime of Violence

On or about January 12, 2026, in the Houston Division of the Southern District of Texas,

**ISAAC BABALOLA**

defendant herein, did knowingly discharge a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney